IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WALTER MAY, II,

        Petitioner,

v.

LOUIS FOLINO,

        Respondent.

Civil Action No. 04-143 Erie

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on June 18, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 12], filed on November 30, 2005, recommended that Petitioner's Petition [Doc. No. 3] be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Defendant. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 15th day of December, 2005;

IT IS HEREBY ORDERED that the Plaintiff's Petition [Doc. No. 3] is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 12] of Magistrate Judge Baxter, filed on November 30, 2005, is adopted as the opinion of the Court.

                                      s/ Sean J. McLaughlin
                                      United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge